CAUSE 05-14-00563-CR

EX PARTE

RECEIVED IN
COURT OF APPEALS, 5th DIST.

OCT 16 2015

LISA MATZ
CLERK, 5th DISTRICT

COURT OF APPEALS
FIFTH DISTRICT OF
TEXAS, AT DALLAS
TEXAS.

## TO THE HONORABLE Judge OF Said Court

Now Comes Billy Joe Campbell, PETITIONER OF Said Court IN THE Above Styled CAUSE. PETITIONER PRESENTS THIS MOTION TO THE HONORABLE Court Asking FOR AN EXTENSION OF Time TO File PETITIONERS DISCRETIONARY Review.

FILED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 22 2015

Abel Acosta, Clerk

### I
### STATEMENT OF CASE

PETITIONERS Court APPOINTED APPEALATE ATTY: Angela D'AMORE STATED IN A lETTER That she WAS No longer REPRESENTING ME, BUT HAd Filed A MOTION ON my Behalf 8-13-2015. FOR AN EXTENSION OF Time TO PREPARE my DISCRETIONARY Review. PETITIONER HAS Recieved Nothing Concerning This MATTER. PETITIONER HAS Filed A MOTION TO The DISTRICT Court Requesting APPEALATE Record. Could This HONORABLE Court GRANT PETITIONER 90 DAys EXTENSION OF Time.

### PRAYER

PETITIONER PRAys This Court GRANTS EXTENSION OF TIME.

# UNITED STATES CODE

TITLE 28 §1746: UNSWORN DECLARATION
UNDER PENALTY OF PERJURY.

I, Billy Joe Campbell, declare under penalty
of perjury, that the foregoing is true
and correct. Executed before me on this
the ___10TH___ day of OCTOBER. 2015.

Billy Joe Campbell
PRO-SE PETITIONER

X Billy Joe Campbell
T.D.C.J I.D. #01927270
LYNAUGH UNIT
1098 S·HWY 2037
FT-STOCKTON, TEXAS
79735